```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                    -v-                                        :        1:22-cr-295-GHW
                                                               :
                                                               :
    ERIC MAYS,                                                 :            ORDER
                                                               :
                            Defendant.                         :
-------------------------------------------------------------- X
```

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 5/25/2022 |

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on May 31, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 25, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge