

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022

June 13, 2022

**BY ECF**
The Honorable Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Eric Mays*, 22 Cr. 295 (GHW)

Dear Judge Woods:

    Please find enclosed a Proposed Protective Order, which both parties have signed, relating to the production of material in the above-captioned case. The parties respectfully request that the Court enter the Proposed Protective Order, pursuant to Federal Rules of Criminal Procedure 16(d)(1) and 49.1(e).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jeffrey W. Coyle
Assistant United States Attorney
(212) 637-2437

cc:   Mark Gombiner, Esq. (by ECF)

    Application granted. The Court will enter the requested order separately.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated: June 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge