USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
:
             -v-                            :          1:22-cr-295-GHW
:
ERIC MAYS,                             :          ORDER
:
                  Defendant.  :
:
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, JEFFREY W. COYLE, Assistant United States Attorney, of counsel, and with the consent of ERIC MAYS, by and through his attorney, MARK B. GOMBINER, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is ORDERED that the time from the date of this order through October 4, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated: September 26, 2022
New York, New York

                                               _____
                                                 GREGORY H. WOODS
                                              United States District Judge